**Alfredo DE LA VEGA, Plaintiff–Appellant**

v.

**Patricia PRIOR; Jamie Baker; Yvette Quintana; NFN Cook; Jesus Rodriguez; Gloria Carrasco; Larry Kelsay; Larry Lucius, Defendants–Appellees.**

**No. 06–10329**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2007.

Alfredo De La Vega, Fort Stockton, TX, pro se.

Christopher Champion Wike, Office of the Attorney General Law Enforcement Defense Div., Austin, TX, for Defendants–Appellees.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

Alfredo De La Vega, Texas inmate # 1050601, filed a 42 U.S.C. § 1983 action claiming that the defendants showed deliberate indifference by failing to protect him from his cellmate. De La Vega appeals following a jury verdict in favor of the defendants.

De La Vega argues that the district court erred in refusing to allow him to introduce at trial a grievance form he submitted following the attack by his cellmate. He contends that defendant Jesus Rodriguez responded to the grievance in a way that would tend to impeach his trial testimony.

A review of the record shows that De La Vega did not make a proffer of what the grievance would have shown. Because De La Vega failed to make an offer of proof as to the excluded evidence, he cannot show error. *See Young v. City of New Orleans,* 751 F.2d 794, 797 (5th Cir.1985); *Mills v. Levy,* 537 F.2d 1331, 1333 (5th Cir.1976); Fed.R.Evid. 103(a)(2). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.